■ JWO, INC., et al., Appellants-Respondents, v JACOBSON-WEAKLEY-OLSON, INC., et al., Respondents-Appellants. [646 NYS2d 480] —Order unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court, Gerace, J. Plaintiffs have not pursued their appeal from the dismissal of their causes of action for fraud and rescission and those issues are therefore deemed abandoned (*see, Ciesinski v Town of Aurora*, 202 AD2d 984). (Appeals from Order of Supreme Court, Chautauqua County, Gerace, J.—Summary Judgment.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.